MARIAN M. FAVERSHAM, Plaintiff, *v.* WILLIAM FAVERSHAM, Respondent.

CLARK H. ABBOTT, as Executor of MARIAN M. FAVERSHAM, Deceased, Appellant.

*Appeal — unanimous reversal by Appellate Division of order of Special Term granting motion for substitution not appealable of right to Court of Appeals.*

(Argued March 1, 1921; decided March 15, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1920, which unanimously reversed an order of Special Term granting a motion for the substitution of her executor in place of the deceased plaintiff herein and continuing the action in the name of said executor and denied said motion.

*Clinton T. Taylor* and *B. B. Coyne* for appellant.
*Winfield Bonynge* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE STAR COMPANY, Appellant, *v.* WALTER H. KNAPP et al., as Tax Commissioners of the State of New York et al., Respondents.

(Submitted March 8, 1921; decided March 15, 1921.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 229 N. Y. 620.)